IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR391 |
| | ) | |
| V. | ) | |
| | ) | |
| JUSTIN DANIELS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the request of the Bureau of Prisons,

IT IS ORDERED that:

(1) A 30-day extension is granted, with the understanding that the evaluation will be completed on or about October 20, 2010. My chambers shall provide a copy of this order to Dr. Channell.

(2) The Clerk of Court shall file as <u>restricted</u> the attached letter dated September 22, 2010, from the Bureau of Prisons.

(3) The Clerk of Court shall provide counsel of record with a copy of this order and the Bureau of Prisons' letter.

DATED this 27th day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge