IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR391 |
| V. | ) | |
| JUSTIN DANIELS, | ) | ORDER |
| Defendant. | ) | |

I am in receipt of a Forensic Mental Health Evaluation submitted by the Federal Bureau of Prisons, Federal Medical Center, Devens. Therefore,

IT IS ORDERED that:

(1) The Clerk shall file the Forensic Mental Health Evaluation as a restricted document and provide copies to counsel and the Probation Officer.

(2) Motions respecting the Forensic Mental Health Evaluation shall be filed no later than Monday, December 20, 2010.

(3) My judicial assistant shall consult counsel and schedule this matter for sentencing.

DATED this 6th day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge