IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:09CR391 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUSTIN DANIELS, | ) | |
| Defendant. | ) | |

With the agreement of the parties,

IT IS ORDERED that Defendant Daniels' sentencing is set on Friday, January 14, 2011, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated December 7, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge