IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUSTIN DANIELS,<br><br>        Defendant. | 8:09CR391<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 81), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

    The defendant shall be released to reside at Crossroads in Hastings, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Crossroads facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) When an opening for the defendant becomes available at Crossroads, defendant's counsel shall promptly contact the chambers of the undersigned magistrate judge who will, in response, coordinate with the Marshal for arranging defendant's release to treatment.

November 12, 2013.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge