IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:09CR391 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JUSTIN DANIELS, | |
| Defendant. | |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 85) is granted.

2) The Court's prior order, (Filing No. 82) is modified as follows: Upon defendant's anticipated release from residential treatment at Crossroads in Hastings, Nebraska, the defendant is permitted to reside in a house rented by himself and T. Anderson in Hastings, Nebraska.

3) Upon release from residential treatment, the defendant shall maintain his participation in treatment and counseling at Crossroads in Hastings in accordance with his treatment plan.

4) The defendant shall comply with all other terms and conditions of his supervised release which were imposed at sentencing.

February 27, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge