IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 8:09CR391 |
| JUSTIN DANIELS, | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing currently set for April 22, 2014, at 12:00 p.m. until a date certain in approximately 90 to 120 days. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 22nd day of July, 2014, at 12:30 p.m. The defendant is ordered to appear at such time.

Dated this 16th day of April 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge