# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:09CR391 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JUSTIN DANIELS, | ) | |
| Defendant. | ) | |

The defendant has previously admitted that he violated his conditions of release but this matter was continued. The Probation Office now recommends that this matter be dismissed without prejudice and the defendant so moved. The government has no objection.

IT IS THEREFORE ORDERED that the petition for offender under supervision (filing 69) is dismissed without prejudice and the January 29, 2015 revocation hearing is cancelled.

Dated January 27, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge